**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                  **4:96-CR-00064-01-WRW**

**RODNEY LAMONT JOHNSON**

## ORDER

Pending is Defendant's Motion for Early Termination of Supervision (Doc. No. 54).

For good cause shown and because there is no objection, Defendant's Motion for Early Termination of Supervision (Doc. No. 54) is GRANTED.

IT IS SO ORDERED this 3rd day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE